FILED

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

DEC 1 4 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                              DEPUTY

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:15-CR-00353(1)-SS |
| | § | |
| (1) Jose Rodriguez-Zaragosa | § | |
| *Defendant* | | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Jose Rodriguez-Zaragosa, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge.  I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 14th day of December, 2015.

_____
(1) Jose Rodriguez-Zaragosa
*Defendant*

_____
Horatio R. Aldredge
*Attorney for Defendant*

_____
Elizabeth Cottingham
*Assistant U.S. Attorney*